UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                          CHAPTER 13

RICHARD BAUER                             CASE NO. 11-84427

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**     Wells Fargo Bank NA          **Court claim #: 6**

**Last four digits** of any number used to identify the debtor's account: 2562

---

***Final Cure Amount***

| | |
|---|---|
| Amount of Prepetition Arrears | $1745.15 |
| Amount Paid by Trustee | $1745.15 |

---

***Monthly ongoing Mortgage Payment***

Mortgage is paid:

☐    Thru the Chapter 13 Plan          ☒     Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  12/15/2016                  /s/Lydia S. Meyer_____
                                               Lydia S. Meyer, Trustee
                                               308 W. State St., Suite 212
                                               Rockford, IL  61101

Certificate of Service

    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 15th Day of December, 2016.

Dated:  12/15/2016                            /s/Cynthia K. Burnard_____

WELLS FARGO BANK NA
ATTN: BANKRUPTCY DEPT MAC X2302-04C
ONE HOME CAMPUS
DES MOINES, IA 50328-0001

WELLS FARGO HOME MORTGAGE
8480 STAGECOACH CIR.
FEDERICK, MD  21701

WELLS FARGO BANK NA
ATTN: BANKRUPTCY DEPT. MAC X7801-014
3476 STATEVIEW BLVD.
FT. MILL, SC 29715-7203

RICHARD BAUER
9115 FALCON GREENS DR.
LAKEWOOD, IL  60014

GERACI LAW LLC
55 E. MONROE STREET, #3400
CHICAGO, IL  60603